UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP - 8 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. S1-4:20 CR 569 HEA ) ) |
| BRYANT TAYLOR, | ) ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 28, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**BRYANT TAYLOR,**

the defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

### COUNT TWO

The Grand Jury further charges that:

On or about March 28, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**BRYANT TAYLOR,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute fentanyl, a Schedule II controlled substance; and cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title

21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about March 28, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**BRYANT TAYLOR,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, a Schedule II controlled substance; and cocaine base (crack), a Schedule II controlled substance; as set forth in Count Two.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

The Grand Jury further charges that:

On or about August 21, 2019, in St. Louis County, within the Eastern District of Missouri,

**BRYANT TAYLOR,**

the defendant herein, did knowingly and intentionally distribute a controlled substance; to wit, a mixture of fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that:

On or about September 12, 2019, in St. Louis County, within the Eastern District of Missouri,

**BRYANT TAYLOR,**

the defendant herein, did knowingly and intentionally distribute a controlled substance; to wit,

oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT SIX

The Grand Jury further charges that:

On or about October 2, 2020, in St. Louis County, within the Eastern District of Missouri,

**BRYANT TAYLOR,**

the defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT SEVEN

The Grand Jury further charges that:

On or about October 2, 2020, in St. Louis County, within the Eastern District of Missouri,

**BRYANT TAYLOR,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in excess of 40 grams.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT EIGHT

The Grand Jury further charges that:

On or about October 2, 2020, in St. Louis County, within the Eastern District of Missouri,

**BRYANT TAYLOR,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in excess of 40 grams; as set forth in Count Seven.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT NINE

The Grand Jury further charges that:

On or about October 2, 2020, in St. Louis County, within the Eastern District of Missouri,

**BRYANT TAYLOR,**

the defendant herein, did unlawfully and knowingly use and maintain a place for the purpose of distributing or using fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a)(l), and punishable under Title 21, United States Code, Section 856(b).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One; the Defendant shall forfeit to the United States of America any property: constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violation(s) and any property used or intended to be used, in any manner or part to commit or to facilitate the commission of such violation(s).

2. Subject to forfeiture is a sum of money equal to the total value of any property,

constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation(s) set forth in Count One.

3. Specific property subject to forfeiture includes, without limitation, the following:

a. Approximately $12,795 in United States currency

4. If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty.

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney